**Order filed, February 7, 2020.**



**In The**

# Fourteenth Court of Appeals

————————

**NO. 14-20-00051-CV**

————————

**CITY OF HOUSTON, TEXAS, Appellant**

**V.**

**CHELSEA MANNING, ET AL, Appellee**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-30594**

---

## ORDER

The reporter's record in this case was due January 31, 2020. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Suzanne Saulsberry, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain and Hassan.